UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

-------------------------------------------------------------X

SION ABADI,

                     Plaintiff,            Case No. 3:17-cv-04962

           -against-                     **STIPULATION OF DISMISSAL**

CITIBANK, N.A. and MACY'S, INC.,    **AGAINST ALL PARTIES**

                   Defendant           **WITH PREJUDICE**

-------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sion Abadi and Defendants Citibank, N.A. and Macy's, Inc. hereby stipulate and agree that Plaintiff's cause against Citibank, N.A. and Macy's, Inc. is voluntarily dismissed in its entirety and with prejudice, with each party to bear its own costs and attorney's fees. No party hereto is an infant or incompetent.

Dated: January 8, 2018

/s/ _____        /s/ _____

Edward B. Geller, Esq.                          David H. Ganz, Esq.

Edward B. Geller, Esq., P.C.                 Schoeman Updike Kaufman & Gerber LLP

15 Landing Way                                   155 Willowbrook Blvd., Ste. 300

Bronx, New York 10464                      Wayne, New Jersey 07470

Tel:(914)473-6783                             Tel: (973)256-9000

Attorney for Plaintiff                            Attorney for Defendants